

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

---

September 8, 2020

Honorable Collen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2020

9/9/2020

Conference cancelled. It will be re-scheduled for a later date if need be.
*[signed] Colleen McMahon*

Re:   *Lukaszewicz v. WSN Inc. (1:20-cv-3964-CM)*

Dear Judge McMahon,    MEMO ENDORSED

We represent Plaintiff, Adam Lukaszewicz, in the above in-captioned case. We are in touch with Defendant discussing this matter. We respectfully request that the initial conference scheduled for September 11, 2020 be adjourned 30-days to see if the parties can settle the matter. If the parties are unable to resolve the matter within 30 days, Plaintiff will seek an entry of default.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Adam Lukaszewicz*